AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE DE LOS SANTOS MATUTE SANCHEZ a/k/a Jose Matute, | ) ) ) ) | Case No. 11-8060-JMH |
| *Defendant(s)* | | |

FILED by ___JM___ D.C.

FEB 2 5 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

S/p Uni J Ln
_____
Complainant's signature

VINCENT L. HOLMES, SPECIAL AGENT
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/24/2011__

_James M. Hopkins_
_____
*Judge's signature*

City and state: __WEST PALM BEACH, FLORIDA__    JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

## AFFIDAVIT

Your affiant Vincent Holmes, first being duly sworn, does hereby depose and state as follows:

I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E). Prior to that I was employee as a sworn Law Enforcement Official for two (2) years as a Special Agent with the Florida Department of Law Enforcement, three and a half years as a Special Agent with the State Division of Alcoholic Beverages and Tobacco, and four (4) and a half years as an officer and investigator with the Florida A & M University Police Department.

This affidavit is based on my own investigation and on information and evidence provided to me by other law enforcement officers with personnel knowledge of the events described herein, and upon law enforcement and United States Immigration databases. This affidavit is submitted for the limited purpose of establishing probable cause to arrest Jose De Los Santos Matute SANCHEZ for the offense of Illegal Alien in Possession in of a firearm, in violation of Title 18, United States Code, Section 922(g)(5), and does not purport to set forth every fact known to myself regarding this investigation.

On February 24, 2011, S/A Vincent Curry, of Alcohol Tobacco Firearm's and Explosives (ATF&E) while assisting Drug Enforcement Administration (DEA) and Department of Homeland Security (HSI) conducted a knock and talk at 4568 Gulfstream Road, Lake Worth, as a follow-up to other investigations conducted in the area. Upon entering the residence Agents made contact with Jose De Los Santos Matute SANCHEZ who resides at 4568 Gulfstream Road, Lake Worth, Florida 33463. HSI Hector Delgado made contact with Jose De Los Santos Matute SANCHEZ. S/A Delgado received consent to conduct a search of the residence. Jose De Los Santos Matute SANCHEZ provided written consent for law enforcement

officials to conduct a search of the residence.

Upon searching the residence agents located a Bersa Thunder 9, 9mm caliber semi automatic pistol bearing serial number 695165, located in the bedroom identified as the room of SANCHEZ. The pistol was located in the closet area inside a blue luggage piece which contained men's clothing, a silver chain link necklace and a dark blue Bersa gun box.

SANCHEZ was then read his Miranda rights, he then provided a written waiver and agreed to speak with law enforcement. Post Miranda SANCHEZ stated that he is not a citizen of the United States and that he is within the boundaries of the United States illegally. SANCHEZ further stated that he purchased the above mentioned firearm approximately ten (10) days ago for $50.00 from an unknown Haitian male near 4690 Gulfstream Road, Lake Worth, Florida, within the Southern District of Florida.

SANCHEZ further stated that the luggage in which the firearm was located, belonged to him, as well as aforementioned contents located within the luggage.

After conducting U.S. Immigration database checks on Jose De Los Santos Matute SANCHEZ, HSI advised your affiant that they determined that Jose De Los Santos Matute SANCHEZ is in fact an illegal alien and has no legal status or permission to enter and reside in the United States, and thus was similarly present in the United States illegally.

Your affiant submitted the aforementioned information concerning the firearms seized from Jose De Los Santos Matute SANCHEZ to ATF Resident Agent-in-Charge Stephen Barborini, who was been previously been admitted as an expert witness in the area of the interstate commerce nexus of firearms and ammunition in the Southern District of Florida on numerous prior occasions. RAC Barborini advised your affiant that the aforementioned firearm was manufactured outside the State of Florida, and thus, by its subsequent presence in the State of Florida, such, of necessity, traveled in and affected interstate and/or foreign commerce.

Based on my training and experience as an ATF Special Agent, I know that is unlawful for a person who is an illegal alien to possess a firearm which has traveled in or affected interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

On the basis of the foregoing facts, your affiant submits that probable cause exists to charge Jose De Los Santos Matute SANCHEZS with the offense of alien in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(5).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
VINCENT L. HOLMES
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES


SWORN TO AND SUBSCRIBED BEFORE
ME THIS 24th DAY OF FEBRUARY 2011, AT
WEST PALM BEACH, FLORIDA.

_____
JAMES H. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8060-JMH

**BOND RECOMMENDATION**

DEFENDANT: Jose De Los Santos Matute Sanchez, a/k/a Jose Matute

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: ROBERT H. WATERS, JR.

Last Known Address: 4568 Gulfstream Blvd.,

Lake Worth, Florida

What Facility:

Agent(s): S/A Vincent L. Holmes
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
ATF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11-8060-JMH

**UNITED STATES OF AMERICA**

vs.

**JOSE DE LOS SANTOS MATUTE SANCHEZ**
**a/k/a, JOSE MATUTE,**
                **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

BY:     _____
                    ROBERT H. WATERS, JR.
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. 365483
                    500 S. Australian Avenue, Suite 400
                    West Palm Beach, FL 33401-6235
                    Tel:  (561) 820-8711
                    Fax: (561) 820-8777
                    Robert.Waters@usdoj.gov